IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**KIRK MEEKS**                                                                                    **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO.: 1:19-CV-218-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                         **DEFENDANT**

**ORDER**

On this date came for consideration Defendant's Unopposed Motion to Remand pursuant to sentence four of the Social Security Act, 42 U.S.C. § 405(g) filed by the Commissioner of Social Security, Defendant herein, and the Court being advised in the premises is of the opinion that said Motion should be GRANTED.

It is therefore ORDERED, ADJUDGED, and DECREED that this cause be REMANDED to the Commissioner of Social Security pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

SO ORDERED this, the 4th day of May, 2020.

                                                          /s/ Jane M. Virden
                                                          UNITED STATES MAGISTRATE JUDGE