IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**KIRK MEEKS**                                                                          **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO.: 1:19-CV-218-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                                 **DEFENDANT**

## FINAL JUDGMENT

Consistent with the Order [17] granting Defendant's motion for remand of this case,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this case is REVERSED and REMANDED for further action by the Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

This 4th day of May, 2020.

                                                           /s/ Jane M. Virden
                                                           **UNITED STATES MAGISTRATE JUDGE**